UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:

Martin James Dekom, Sr.

        Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 18-75602-reg
(Chapter 13)

Assigned to:
Hon. Robert E. Grossman
Bankruptcy Judge

    PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Nationstar Mortgage LLC in the within proceeding with regard to its interest in the property known as 34 High Street, Manhasset, NY 11030.

    Please send copies of all Notices and all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    August 24, 2018
               Williamsville, New York

                                     Yours,
                                     GROSS POLOWY, LLC
                                     Attorneys for Nationstar Mortgage LLC

                                     Courtney R Williams, Esq.
                                     Gross Polowy, LLC
                                     1775 Wehrle Drive, Suite 100
                                     Williamsville, NY 14221
                                     Telephone (716)204-1700

TO:

    Martin James Dekom, Sr.    Pro-Se
    34 High Street
    Manhasset, NY 11030

By ECF:

    Clerk, United States Bankruptcy Court
    Eastern District Of New York

    Michael J. Macco, Esq.    Chapter 13 Trustee