| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date: Ocotber 25, 2018*<br>*Time:  9:30 a.m.* |

---------------------------------------------------------X

In re:

                                                      Chapter 13
                                                    Case No.: 18-75602-736

MARTIN JAMES DEKOM, SR
              Debtor(s)                          **NOTICE OF MOTION**

---------------------------------------------------------X

SIRS / MADAMS

        **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 25TH, day of OCTOBER, 2018 at 9:30 a.m., at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to submit monthly pre-confirmation payments, failure to provide and/or file documents, failure to appear, and/or, be examined at §341 meeting of creditors, and for such other and further relief as this Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>           October 3, 2018 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, New York 11749<br>(631) 549-7900 |

*To:*    *Office of the United States Trustee*
         *MARTIN JAMES DEKOM, SR,   Pro-Se Debtor(s)*
         *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X          **tmm1634**
In re:

                                                                               Chapter 13
                                                                               Case No.: 18-75602-736

MARTIN JAMES DEKOM, SR

                          Debtor(s)                  **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

        1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on August 20, 2018, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2. As of the date of this motion, the debtor(s) has failed to submit any monthly pre-confirmation payments to the Trustee.

        3. In addition, as of this date the debtor(s) has failed to file and/or provide to the Trustee a Chapter 13 Plan; Certificate of Credit Counseling; Statement of Financial Affairs; Statement of Current Monthly Income and Means Test; complete set of schedules; copies of pay statements from employer for sixty (60) day period preceding filing, within the fifteen (15) day period required under the Bankruptcy Code.

        4. Furthermore, as of this date the debtor has failed to provide the Trustee with copies of previous year's State and Federal Tax Returns; all filings required under Section 521; and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1.

        5. Moreover, the debtor failed to appear, and/or, be examined at the initial §341 meeting of creditors held on September 24, 2018 at 11:00a.m.

        6. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

        **WHEREFORE**, the Trustee requests for an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       October 3, 2018

                                                              */s/ Michael J. Macco*
                                                              Michael J. Macco, Chapter 13 Trustee
                                                              2950 Express Drive South, Suite 109
                                                              Islandia, New York 11749
                                                              (631) 549-7900

STATE OF NEW YORK        )
COUNTY OF SUFFOLK        )    ss.:

SHAMUS MROTZEK, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

On October 3, 2018 deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Martin James Dekom, Sr*
*34 High Street*
*Manhasset, NY 11030*
*Debtor(s)*

*Nationstar Mortgage LLC*
*c/o Gross Polowy, LLC*
*Courtney R Williams, Esq.*
*1775 Wehrle Drive, Suite 100*
*Williamsville, NY 14221*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
*USTPRegion02.LI.ECF@usdoj.gov*

                                                                                            */s/Shamus Mrotzek*
                                                                                             SHAMUS MROTZEK

Sworn to before me this
3rd day of OCTOBER, 2018

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2021